**EXHIBIT C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-928-808**

Effective Date of Registration:
December 03, 2014

## Title

      **Title of Work:** Buffalo Lake Effect

## Completion/Publication

      **Year of Completion:** 2014
      **Date of 1st Publication:** November 18, 2014
      **Nation of 1st Publication:** United States

## Author

      • **Author:** Alfonzo I Cutaia
      **Author Created:** entire motion picture
      **Citizen of:** United States
      **Domiciled in:** United States

## Copyright Claimant

      **Copyright Claimant:** Alfonzo I Cutaia
      The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, NY, 14202, United States

## Certification

      **Name:** Alfonzo I. Cutaia
      **Date:** November 28, 2014