**EXHIBIT E**



August 11, 2015

**_Via Electronic & Regular Mail_**

Mr. Alfonzo Cutaia
4595 East Overlook Drive
Williamsville, NY 14221
ble@cutaia.com

Re: Notice of Unauthorized Use of Intellectual Property

Dear Mr. Cutaia:

Nexstar Broadcasting, Inc. ("Nexstar") has received your letter regarding the "Buffalo Lake Effect" video hosted on YouTube for which you hold the copyright (the "Video"). As stated in your letter, this video was distributed by Nexstar's station WSYR on its website, www.localsyr.com. Nexstar and WSYR hold a licensing agreement with CNN pursuant to which WSYR is permitted to place content provided by CNN on the localsyr.com website. WSYR obtained the Video from CNN and was therefore authorized to include the video on the website. Accordingly, placement of the Video on the website did not infringe your copyright. Notwithstanding the authorization from CNN, WSYR has removed the Video from the localsyr website. To the extent CNN was not authorized to distribute the Video to its affiliates, please address that matter directly with CNN.

With respect to the inclusion of the Video on WSYR's ClipSyndicate page for further distribution, such inclusion was inadvertent. It is Nexstar's policy to place only content to which it holds the copyright into the Syndicaster ClipSyndicate platform for potential further distribution. Nexstar, therefore, purged the Video from ClipSyndicate on July 30, 2015. Accordingly, to the extent the video is "stored" anywhere as of the date hereof, an archival record of the Video may have been retained in WSYR's CMS platform. Other than with respect to the inadvertent importation of the video into ClipSyndicate, Nexstar did not distribute the Video to any other distribution channel or to any other business, nor does Nexstar have any current distribution of the Video. Nexstar did not sell or license the Video to any third party.

As Nexstar did not sell or license the Video, Nexstar did not receive any proceeds for the sale or licensing of the Video from any third party. Nexstar further did not receive any proceeds from any source as a result of the inadvertent importation of the Video into the Clipsyndicate system. A review of the ClipSyndicate records indicate that the Video was not "purchased for distribution" through that system. Accordingly, Nexstar did not obtain any proceeds from its inadvertent distribution of the Video to Clipsyndicate.

Based on the foregoing, the use of the Video by WSYR was done pursuant to an authorized license, and the inadvertent Clipsyndicate distribution did not result in any sale, licensing or for-

profit distribution to any third party and Nexstar earned no proceeds from its inadvertent distribution of the Video to Clipsyndicate.

Although not raised in your letter, in connection with Nexstar's review of this matter, it appears the Video was separately distributed under license from CBS on Nexstar's ozarksfirst.com and inadvertently loaded to Clipsyndicate from that website as well. The Video has been removed from both locations as relate to KOLR. Nexstar further confirms that no sale, license or for-profit distribution was made with respect to the KOLR distribution of the Video to Clipsyndicate and no proceeds were earned therefrom.

Please do not hesitate to contact me with any further questions regarding the publication of the Video on the localsyr website or inadvertent Clipsyndicate distribution.

Sincerely,

Elizabeth Ryder
Senior Vice President & General Counsel